UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILLIAM HINES                                                                                    PLAINTIFF

V.                                                                          CIVIL ACTION NO.1:08CV306-D-S

SUSAN BAKER, "UNKNOWN" GRIFFIN,
"UNKNOWN" PRICE, TONY CARLTON,
AND "UNKNOWN" LINDA                                                                          DEFENDANTS

**ORDER APPROVING AND ADOPTING**
**REPORT AND RECOMMENDATIONS**

On consideration of the file and records in this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated September 14, 2009, was on that date duly served by first class mail upon the petitioner, and the attorneys of record for the defendants; that more than ten days have elapsed since service of said Report and Recommendation, and that no objection thereto has been filed or served by said parties. The Court is of the opinion that the Report and Recommendation should be approved and adopted as the opinion of the Court. It is, therefore ORDERED:

1. That the Report and Recommendation of the United States Magistrate Judge dated September 14, 2009, is hereby approved and adopted as the opinion of the Court;

2. That Plaintiff's medical claim and conditions of confinement claims shall proceed;

3. That Plaintiff's grievance procedure claim is hereby dismissed with prejudice; and

4. That Defendants Carlton, John Doe 2, and Officer Linda are dismissed with prejudice.

THIS, the 5 day of October, 2009.

_____
SENIOR JUDGE