IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILLIAM HINES                                                                                      PLAINTIFF

v.                                                                                       No. 1:08CV306-GHD-DAS

SUSAN BAKER, "UNKNOWN" GRIFFIN,
"UNKNOWN" PRICE, TONY CARLTON,
and "UNKNOWN" LINDA                                                                       DEFENDANTS

## ORDER FOR ISSUANCE OF PROCESS

By Order [doc. 16] dated October 5, 2009, the court determined that certain claims in the *pro se* plaintiff's complaint seeking relief under 42 U.S.C. §1983 should be allowed to proceed against certain defendants. It is, therefore,

**ORDERED:**

1. That the clerk shall forthwith issue process for Defendants Susan Baker, Griffin and Price;

2. That the U. S. Marshal shall serve the process along with a copy of this order upon the said defendants pursuant to 28 U.S.C. § 1915;

3. That a scheduling order shall be entered by separate order of the court; and

4. That the plaintiff is responsible for keeping the court advised of his current mailing address for notice of orders and other filings herein. Should the plaintiff fail to keep the court advised of his current address, this case may be dismissed for failure to prosecute and for failure to obey an order of the court pursuant to FED.R.CIV.P. 41(b).

**SO ORDERED** this 8th day of October, 2009.

/s/ David A. Sanders
U. S. MAGISTRATE JUDGE