IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

WILLIAM HINES                                                    PLAINTIFF

V.                                                         NO. 1:08CV306-D-S

SUSAN BAKER, et al.                                        DEFENDANTS

## FINAL JUDGMENT

Upon consideration of the file and records in this action, the court finds that the Report and Recommendation of the United States Magistrate Judge dated November 12, 2009, was on that date duly served by mail upon Plaintiff and Defendants at their last known addresses; that more than ten days have elapsed since service of the Report and Recommendation; and that no objection to the Report and Recommendation has been served or filed by any party. The court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the court. Therefore, it is

**ORDERED:**

(1) the Report and Recommendation of the United States Magistrate Judge dated November 12, 2009 (docket entry 21), is hereby APPROVED and ADOPTED as the opinion of the court;

(2) the complaint is dismissed; and

(4) this matter is CLOSED.

THIS the 7 day of December, 2009.

_____
SENIOR JUDGE
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI